# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Hart, Mark Dewayne | § | Case No. 10-66539 |
| Hart, Deanna Joyce | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $             as interim compensation and now requests a sum of $              , for a total compensation of $           [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $             [2], and now requests reimbursement for expenses of $            , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Ronald R. Sticka, Trustee _____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| | |
|---|---|
| Case No: | 10-66539    fra    Judge: Frank R. Alley, III |
| Case Name: | Hart, Mark Dewayne |
| | Hart, Deanna Joyce |
| For Period Ending: | 03/28/13 |

| | |
|---|---|
| Trustee Name: | Ronald R. Sticka, Trustee |
| Date Filed (f) or Converted (c): | 10/29/10 (f) |
| 341(a) Meeting Date: | 11/29/10 |
| Claims Bar Date: | 03/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 315,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS | 107.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. FURS AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 7. INSURANCE POLICIES (H) | 0.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE POLICIES (W) | 0.00 | 0.00 | | 0.00 | FA |
| 9. EDUCATION IRA | 600.00 | 0.00 | | 0.00 | FA |
| 10. EDUCATION IRA | 1,800.00 | 0.00 | | 0.00 | FA |
| 11. FINAOE INVESTMENTS, INC. 100% | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2000 NISSAN QUEST | 2,900.00 | 0.00 | | 0.00 | FA |
| 13. 2002 DODGE RAM PICKUP | 8,500.00 | 3,000.00 | | 3,000.00 | FA |
| 14. 1995 TOYOTA CAMRY (daughter's vehicle) | 0.00 | 0.00 | | 0.00 | FA |
| 15. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| 16. WAGES - H | Unknown | 731.57 | | 731.57 | FA |
| 17. TAX REFUNDS - 2010 (u) | 0.00 | 2,981.51 | | 3,776.43 | FA |
| 18. Post-Petition Interest Deposits (u) | 0.00 | 0.19 | | 0.19 | FA |
| 19. CLASS ACTION v. US BANK (u) | 0.00 | 17,479.50 | | 17,479.50 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $331,627.00 | $24,192.77 | $24,987.69 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No: | 10-66539    fra   Judge: Frank R. Alley, III |
| Case Name: | Hart, Mark Dewayne |
| | Hart, Deanna Joyce |

| | |
|---|---|
| Trustee Name: | Ronald R. Sticka, Trustee |
| Date Filed (f) or Converted (c): | 10/29/10 (f) |
| 341(a) Meeting Date: | 11/29/10 |
| Claims Bar Date: | 03/03/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/29/12        Current Projected Date of Final Report (TFR): 03/28/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-66539 -fra | | Trustee Name: | Ronald R. Sticka, Trustee |
|---|---|---|---|---|
| Case Name: | Hart, Mark Dewayne | | Bank Name: | ASSOCIATED BANK |
| | Hart, Deanna Joyce | | Account Number / CD #: | *******5894  Checking Account |
| Taxpayer ID No: | *******2237 | | | |
| For Period Ending: | 03/28/13 | | Blanket Bond (per case limit): | $ 82,344,543.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/21/13 | 19 | US BANK DIRECT LOANS SETTLEMENT TRUST | SETTLEMENT PAYMENT | 1249-000 | 17,479.50 | | 17,479.50 |
| | | WALTERS BENDER STROHBEHN et al | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 17,469.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 17,479.50 | 10.00 | 17,469.50 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 17,479.50 | 10.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 17,479.50 | 10.00 | |

Page Subtotals                17,479.50                10.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Ver: 17.01

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-66539 -fra |
|---|---|
| Case Name: | Hart, Mark Dewayne |
| | Hart, Deanna Joyce |
| Taxpayer ID No: | *******2237 |
| For Period Ending: | 03/28/13 |

| Trustee Name: | Ronald R. Sticka, Trustee |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0366  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 82,344,543.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/11 | 13 | MARK HART | VEHICLE REDEMPTION | 1129-000 | 3,000.00 | | 3,000.00 |
| 02/28/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 3,000.01 |
| 03/11/11 | | U.S. TREASURY | TAX REFUNDS 2010 | | 4,508.00 | | 7,508.01 |
| | 16 | | Memo Amount:          731.57 | 1129-000 | | | |
| | | | NON EX WAGES | | | | |
| | 17 | | Memo Amount:        3,776.43 | 1224-000 | | | |
| | | | TAX REFUNDS | | | | |
| 03/23/11 | | Transfer to Acct #*******8329 | Bank Funds Transfer | 9999-000 | | 794.92 | 6,713.09 |
| 03/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.04 | | 6,713.13 |
| 04/29/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,713.18 |
| 05/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,713.24 |
| 06/15/11 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 6,713.27 |
| 06/15/11 | | Transfer to Acct #*******8329 | Final Posting Transfer | 9999-000 | | 6,713.27 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 4,508.00 | COLUMN TOTALS | 7,508.19 | 7,508.19 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 7,508.19 | |
| | | Subtotal | 7,508.19 | 0.00 | |
| Memo Allocation Net: | 4,508.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 7,508.19 | 0.00 | |

Page Subtotals          7,508.19          7,508.19

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-66539 -fra |
| Case Name: | Hart, Mark Dewayne |
| | Hart, Deanna Joyce |
| Taxpayer ID No: | *******2237 |
| For Period Ending: | 03/28/13 |

| Trustee Name: | Ronald R. Sticka, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8329  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 82,344,543.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/23/11 | | Transfer from Acct #*******0366 | Bank Funds Transfer | 9999-000 | 794.92 | | 794.92 |
| 03/23/11 | 000101 | Mark Dewayne Hart | EXEMPT PAID TO DEBTOR | 8100-002 | | 794.92 | 0.00 |
| | | Deanna Joyce Hart | | | | | |
| | | 3470 Winchester Way | | | | | |
| | | Eugene, OR 97401 | | | | | |
| 06/15/11 | | Transfer from Acct #*******0366 | Transfer In From MMA Account | 9999-000 | 6,713.27 | | 6,713.27 |
| 08/03/11 | 000102 | RONALD R. STICKA, TRUSTEE | Chapter 7 Compensation/Fees | 2100-000 | | 1,421.33 | 5,291.94 |
| | | 401 EAST 10TH AVENUE | | | | | |
| | | SUITE 470 | | | | | |
| | | EUGENE, OR  97401 | | | | | |
| 08/03/11 | 000103 | RONALD R. STICKA, TRUSTEE | Chapter 7 Expenses | 2200-000 | | 61.29 | 5,230.65 |
| | | 401 EAST 10TH AVENUE | | | | | |
| | | SUITE 470 | | | | | |
| | | EUGENE, OR  97401 | | | | | |
| * 08/03/11 | 000104 | Lane County Tax Assessor | Claim 000007, Payment 100.00000% | 5800-000 | | 542.95 | 4,687.70 |
| | | 125 East 8th Ave. | #x9662 | | | | |
| | | Eugene, OR 97401 | | | | | |
| 08/03/11 | 000105 | Century 21 Promotions Inc | Claim 000001, Payment 2.97680% | 7100-000 | | 30.94 | 4,656.76 |
| | | 2601 W Commodore Way | #x3252 | | | | |
| | | Seattle, WA 98199-1263 | | | | | |
| 08/03/11 | 000106 | Home Federal Bank | Claim 000002, Payment 2.97701% | 7100-000 | | 42.44 | 4,614.32 |
| | | PO Box 10426 | #x0320 | | | | |
| | | Eugene, OR 97440 | | | | | |
| 08/03/11 | 000107 | Branding | Claim 000003, Payment 2.97688% | 7100-000 | | 284.97 | 4,329.35 |
| | | 28255 SE Wally Rd | #x5396 | | | | |
| | | Boring, OR 97009 | | | | | |
| 08/03/11 | 000108 | Capital One Bank (USA), N.A. | Claim 000004, Payment 2.97684% | 7100-000 | | 300.26 | 4,029.09 |
| | | by American Infosource Lp As Agent | #x0601/x9781 | | | | |
| | | PO Box 71083 | | | | | |

Page Subtotals          7,508.19          3,479.10

FORM 2

Page:   4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-66539 -fra | Trustee Name: | Ronald R. Sticka, Trustee |
|---|---|---|---|
| Case Name: | Hart, Mark Dewayne | Bank Name: | BANK OF AMERICA |
| | Hart, Deanna Joyce | Account Number / CD #: | *******8329  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2237 | | |
| For Period Ending: | 03/28/13 | Blanket Bond (per case limit): | $ 82,344,543.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Charlotte, NC 28272-1083 | | | | | |
| 08/03/11 | 000109 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 2.97687%<br>#x8989 | 7100-000 | | 144.47 | 3,884.62 |
| 08/03/11 | 000110 | Ash City USA<br>Coface North America Insurance Company<br>50 Millstone Rd., Bldg. 100, Ste. 360<br>East Windsor, NJ 08520 | Claim 000006, Payment 2.97688%<br>#x1797 | 7100-000 | | 91.23 | 3,793.39 |
| 08/03/11 | 000111 | Home Federal Bank<br>355 Goodpasture Island Rd, Ste. 200<br>Eugene, OR 97401 | Claim 000008, Payment 2.97686%<br>#x2237 | 7100-000 | | 2,077.22 | 1,716.17 |
| 08/03/11 | 000112 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000009, Payment 2.97686%<br>#x1009 | 7100-000 | | 618.77 | 1,097.40 |
| 08/03/11 | 000113 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000010, Payment 2.97684%<br>#x1006 | 7100-000 | | 193.53 | 903.87 |
| 08/03/11 | 000114 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000011, Payment 2.97704%<br>#x1005 | 7100-000 | | 52.18 | 851.69 |
| 08/03/11 | 000115 | De Lage Landen Financial Svc Inc<br>1111 Old Eagle School Rd<br>Wayne PA 19087 | Claim 000012, Payment 2.97690%<br>#24703337 | 7100-000 | | 327.97 | 523.72 |
| 08/03/11 | 000116 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services | Claim 000014, Payment 2.97690%<br>#x3010 | 7100-000 | | 472.18 | 51.54 |

Page Subtotals          0.00          3,977.55

**FORM 2**

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-66539 -fra |
| Case Name: | Hart, Mark Dewayne |
| | Hart, Deanna Joyce |
| Taxpayer ID No: | *******2237 |
| For Period Ending: | 03/28/13 |

| | |
|---|---|
| Trustee Name: | Ronald R. Sticka, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8329  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 82,344,543.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/03/11 | 000117 | PO Box 19008<br>Greenville, SC 29602-<br>PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000015, Payment 2.97656%<br>#x5952 | 7100-000 | | 51.54 | 0.00 |
| * 08/22/11 | 000104 | Lane County Tax Assessor<br>125 East 8th Ave.<br>Eugene, OR 97401 | Claim 000007, Payment 100.00000%<br>Claim previously paid in full.<br>Reverse returned check &<br>Reissue to remaining Creditors. | 5800-000 | | -542.95 | 542.95 |
| 08/22/11 | 000118 | Century 21 Promotions Inc<br>2601 W Commodore Way<br>Seattle, WA 98199-1263 | Claim 000001, Payment 0.34444%<br>#x3252<br>2nd & Final Disbursement | 7100-000 | | 3.58 | 539.37 |
| 08/22/11 | 000119 | Home Federal Bank<br>PO Box 10426<br>Eugene, OR 97440 | Claim 000002, Payment 0.34442%<br>#x0320<br>2nd & Final Disbursement | 7100-000 | | 4.91 | 534.46 |
| 08/22/11 | 000120 | Branding<br>28255 SE Wally Rd<br>Boring, OR 97009 | Claim 000003, Payment 0.34483%<br>#x5396<br>2nd & Final Disbursement | 7100-000 | | 33.01 | 501.45 |
| 08/22/11 | 000121 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 0.34482%<br>#x0601/x9781<br>2nd & Final Disbursement | 7100-000 | | 34.78 | 466.67 |
| 08/22/11 | 000122 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 0.34473%<br>#x8989<br>2nd & Final Disbursement | 7100-000 | | 16.73 | 449.94 |
| 08/22/11 | 000123 | Ash City USA<br>Coface North America Insurance Company | Claim 000006, Payment 0.34490%<br>#x1797 | 7100-000 | | 10.57 | 439.37 |

Page Subtotals        0.00        -387.83

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

Exhibit B

Case No:          10-66539  -fra

Case Name:      Hart, Mark Dewayne
                       Hart, Deanna Joyce

Taxpayer ID No:  *******2237

For Period Ending:  03/28/13

Trustee Name:            Ronald R. Sticka, Trustee

Bank Name:              BANK OF AMERICA

Account Number / CD #:    *******8329  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $ 82,344,543.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 50 Millstone Rd., Bldg. 100, Ste. 360 East Windsor, NJ 08520 | 2nd & Final Disbursement | | | | |
| 08/22/11 | 000124 | Home Federal Bank 355 Goodpasture Island Rd, Ste. 200 Eugene, OR 97401 | Claim 000008, Payment 0.34479% #x2237 2nd & Final Disbursement | 7100-000 | | 240.59 | 198.78 |
| 08/22/11 | 000125 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000009, Payment 0.34480% #x1009 2nd & Final Disbursement | 7100-000 | | 71.67 | 127.11 |
| 08/22/11 | 000126 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000010, Payment 0.34486% #x1006 2nd & Final Disbursement | 7100-000 | | 22.42 | 104.69 |
| 08/22/11 | 000127 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000011, Payment 0.34460% #x1005 2nd & Final Disbursement | 7100-000 | | 6.04 | 98.65 |
| 08/22/11 | 000128 | De Lage Landen Financial Svc Inc 1111 Old Eagle School Rd Wayne PA 19087 | Claim 000012, Payment 0.34483% #24703337 2nd & Final Disbursement | 7100-000 | | 37.99 | 60.66 |
| 08/22/11 | 000129 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000014, Payment 0.34473% #x3010 2nd & Final Disbursement | 7100-000 | | 54.68 | 5.98 |
| 08/22/11 | 000130 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000015, Payment 0.34536% #x5952 2nd & Final Disbursement | 7100-000 | | 5.98 | 0.00 |

Page Subtotals                    0.00        439.37

LFORM24

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-66539 -fra |
| Case Name: | Hart, Mark Dewayne |
| | Hart, Deanna Joyce |
| Taxpayer ID No: | *******2237 |
| For Period Ending: | 03/28/13 |

| | |
|---|---|
| Trustee Name: | Ronald R. Sticka, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******8329  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 82,344,543.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---:|---|---:|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 7,508.19 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 7,508.19 |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00 |
| | | Less: Payments to Debtors | |
| | | Net | 0.00 |

COLUMN TOTALS — Disbursements: 7,508.19 / Balance: 0.00
Less: Bank Transfers/CD's — 0.00
Subtotal — 7,508.19
Less: Payments to Debtors — 794.92
Net — 6,713.27

| | | | | | |
|---|---:|---|---:|---:|---:|
| Total Allocation Receipts: | 4,508.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******5894 | 17,479.50 | 10.00 | 17,469.50 |
| | | Money Market Account (Interest Earn - *******0366 | 7,508.19 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 4,508.00 | Checking Account (Non-Interest Earn - *******8329 | 0.00 | 6,713.27 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 24,987.69 | 6,723.27 | 17,469.50 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                          0.00               0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-66539
Case Name: Hart, Mark Dewayne
         Hart, Deanna Joyce
Trustee Name: Ronald R. Sticka, Trustee

      Balance on hand                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Ronald R. Sticka, Trustee | $ | $ | $ |
| Trustee Expenses: Ronald R. Sticka, Trustee | $ | $ | $ |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Century 21 Promotions Inc | $ | $ | $ |
| 000002 | Home Federal Bank | $ | $ | $ |
| 000003 | Branding | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | Ash City USA | $ | $ | $ |
| 000008 | Home Federal Bank | $ | $ | $ |
| 000009 | American Express Bank FSB | $ | $ | $ |
| 000010 | American Express Centurion Bank | $ | $ | $ |
| 000011 | American Express Bank FSB | $ | $ | $ |
| 000012 | De Lage Landen Financial Svc Inc | $ | $ | $ |
| 000014 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE